TRIVELLA, FORTE & SMITH, LLP
*Attorneys for the Respondents*
1311 Mamaroneck Avenue, Suite 170
White Plains, New York 10605
(914) 949-9075

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
THE NEW YORK DISTRICT COUNCIL OF CARPENTERS PENSION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS VACATION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS ANNUITY FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS CHARITY FUND, and THE NEW YORK CITY AND VICINITY CARPENTERS LABOR-MANAGEMENT COOPERATION FUND, by MICHAEL J. FORDE, and JOSEPH OLIVIERI, as TRUSTEES,

Case Number:
08-CV-00387

**RULE 7.1 STATEMENT**

Petitioners,

-against-

JOHN WHYTE d/b/a KW CONSTRUCTION, INC., JOHN WHYTE a.k.a. JOHN WHYTE individually, NASHEEMA RAMJOHN, a.k.a. NASHEEMA WHYTE, WASHINGTON MUTUAL BANK, FA,

Respondents.
-----------------------------------------------------------------------x

SIRS:

    Pursuant to Rule 7.1 [formerly local general Rule 1.9] of the Local Rules of the United States District Court for the Southern District of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the

respondents, JOHN WHYTE d/b/a KW CONSTRUCTION, INC., JOHN WHYTE a.k.a. JOHN WHYTE individually, and NASHEEMA RAMJOHN, a.k.a. NASHEEMA WHYTE, certify that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held.

**NONE.**

Dated: White Plains, New York
       February 4, 2008

> Yours, etc.,
> TRIVELLA, FORTE & SMITH, LLP
>
> BY: RAQUEL A. WILLIAMS, ESQUIRE (RW 4641)
> *Attorneys for the Respondents*
> 1311 Mamaroneck Avenue, Suite 170
> White Plains, New York 10605
> (914) 949-9075

To:    NICHOLAS HANLON, ESQ.
       O'DWYER & BERNSTEIN, LLP
       *Attorneys for the Petitioners*
       52 Duane Street
       New York, New York 10007
       (212) 571-7100

2

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF WESTCHESTER      )

MICHELLE SALERNO, being duly sworn, deposes and says:

That I am not a party to this action; am over 18 years of age and reside in Westchester County, New York; that on the 7th day of February, 2008, I served the within RULE 7.1 STATEMENT in the action <u>The New York District Council of Carpenters et al. v. John Whyte d/b/a KW Construction Inc. et al.</u>, 08-CV-00387 upon:

NICHOLAS HANLON, ESQ.
O'DWYER & BERNSTEIN, LLP
52 Duane Street
New York, New York 10007

by depositing a true copy of the same enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

MICHELLE SALERNO

Sworn to before me this
7th day of February, 2008.

Notary Public
RAQUEL A. WILLIAMS
Notary Public, State of New York
No. 02WI6072574
Qualified in Westchester County
Commission Expires April 8, 2010

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008, I served the foregoing RULE 7.1 STATEMENT on Nicholas Hanlon, Esq. of O'Dwyer & Bernstein, LLP, Attorneys for the Petitioners, by electronic mail in the matter of <u>The New York District Council of Carpenters et al. v. John Whyte d/b/a KW Construction Inc. et al.</u>, 08-CV-00387.

TRIVELLA, FORTE & SMITH, LLP

BY: RAQUEL A. WILLIAMS, ESQUIRE (RW 4641)
*Attorneys for the Respondents*
1311 Mamaroneck Avenue, Suite 170
White Plains, New York 10605
Telephone: (914) 949-9075