UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CERPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW
YORK CITY AND VICINITY CARPENTERS LABOR-
MANAGEMENT COOPERATION FUND by
MICHAEL J. FORDE, and JOSEPH OLIVIERI,
As TRUSTEES,

**NOTICE OF APPEARANCE**

Civil Action No.:
08-CV-0387

(Koeltl, J.)

       Petitioners,
- against -

JOHN WHYTE d/b/a KW CONSTRUCTION, INC.,
JOHN WHYTE, a.k.a. JOHN WHITE individually,
NASHEEMA RAMJOHN, a.k.a. NASHEEMA WHYTE,
WASHINGTON MUTUAL BANK, FA.

       Respondents.
------------------------------------------------------------------X

       PLEASE TAKE NOTICE that respondent, Washington Mutual Bank, appears in the above-captioned action through the undersigned counsel.

Dated: Garden City, New York
       August 11, 2008

       CULLEN AND DYKMAN LLP

By: _____
       Jessica Zimmerman, Esq. (JZ 6491)
       *Attorneys for Washington Mutual Bank*
       100 Quentin Roosevelt Boulevard
       Garden City, New York 11530
       (516) 357-3700

TO:    Nicholas Hanlon
O'Dwyer & Bernstein, LLP
*Attorneys for Petitioners*
52 Duane Street
New York, New York 10007

Raquel A. Williams
Trivella, Forte & Smith, LLP
*Attorneys for Respondents John Whyte d/b/a*
*KW Construction, Inc., John Whyte a.k.a*
*John White, individually*
*& Nasheema Ramjohn a.k.a Nasheema Whyte*
1311 Mamaroneck Avenue
Ste 170
White Plains, New York 10605