UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CERPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW
YORK CITY AND VICINITY CARPENTERS LABOR-
MANAGEMENT COOPERATION FUND by
MICHAEL J. FORDE, and JOSEPH OLIVIERI,
As TRUSTEES,

DISCLOSURE
STATEMENT
PURSUANT TO
RULE 7.1 OF THE
FEDERAL RULES
OF CIVIL FUND, NEW
PROCEDURE

Civil Action No.:
08-CV-0387

(Koeltl, J.)

                Petitioners,
 - against -

JOHN WHYTE d/b/a KW CONSTRUCTION, INC.,
JOHN WHYTE, a.k.a. JOHN WHITE individually,
NASHEEMA RAMJOHN, a.k.a. NASHEEMA WHYTE,
WASHINGTON MUTUAL BANK, FA.

                Respondents.
-------------------------------------------------------------------X

      Defendant Washington Mutual Bank, sued herein as Washington Mutual, by its attorneys,

Cullen and Dykman LLP, certifies that Washington Mutual Incorporated is its parent

corporation and that no other publicly held corporation owns 10% or more of its stock.

Dated: Garden City, New York
      August 11, 2008

                                      CULLEN AND DYKMAN LLP

By: _/s/ Jessica Zimmerman_
Jessica Zimmerman, Esq. (JZ 6491)
Attorneys for Respondent Washington
 Mutual Bank
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700