UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, ET AL.,
                Plaintiff,

           08 CIVIL 0387 (Koeltl, J.)

   -against-

JOHN WHYTE D/B/A KW CONSTRUCTION, INC.,
ET AL.        Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Jessica Zimmerman

☒   *Attorney*

    ☒   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        JZ 6491

    ☐   I am a Pro Hac Vice attorney

    ☐   I am a Government Agency attorney

☐   *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒   *Address:*   ~~c/o Cullen and Dykman LLP~~
                100 Quentin Roosevelt Boulevard
                ~~Garden City, New York 11530~~

☒   *Telephone Number:*   516-357-3700

☒   *Fax Number:*   516-296-9155

☒   *E-Mail Address:*   jzimmerman@cullenanddykman.com

Dated: August 12, 2008       */s/ Jessica Zimmerman*
                                      Jessica Zimmerman